Case 10-01276    Filed 12/07/10    Doc 6

FILED
December 07, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003123910

Scott Lyons    #103931
Attorney at Law
1010 West Main Street
Visalia, CA 93291
(559) 636-8122(Telephone)
(559) 636-0463(Facsimile)

Attorney for debtor/defendant Robert A. Putnam

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>ROBERT A. PUTNAM,<br><br>    Debtor.<br>_____<br><br>STEVEN J. McFADDEN,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT A. PUTNAM,<br><br>    Defendant.<br>_____ | Case No. 10-19719-A-7<br><br>Chapter 7<br><br>Adv. Proc. No. 2010-01276-A<br><br>D.C. No. SL-2<br><br><br>Date:    January 12, 2011<br>Time:   9:00 a.m.<br>Place:  United States Bankruptcy Court<br>          2500 Tulare Street<br>          Courtroom 11, Fifth Floor<br>          Fresno, CA   93721<br>Department:  A<br>Judge:  Hon. Whitney Rimel |

## MOTION TO DISMISS COMPLAINT OF STEVEN J. McFADDEN TO DETERMINE CHARACTERIZATION AND NON-DISCHARGEABILITY OF OBLIGATION ASSUMED IN DIVORCE PROCEEDING

TO: THE HONORABLE UNITED STATES BANKRUPTCY JUDGE, WHITNEY RIMEL AND OTHER PARTIES IN INTEREST:

1. Plaintiff filed his complaint for nondischargeability on November 18, 2010.

2. There are procedural defects inherent in the plaintiff's service and other procedural defects which warrant dismissal.

3. Without considering these defects, there are no set of facts from which the plaintiff may obtain relief under either of the claims for relief under the nondischargeability statutes that he is alleging, either under 11 U.S.C. § 523(a)(5) or 11 U.S.C. § 523(a)(15).

4. Plaintiff fails to state a prima facie case under 11 U.S.C. § 523(a)(5), because the obligation itself is not in the nature of alimony, support or maintenance.

5. Plaintiff fails to state a prima facie case under 11 U.S.C. § 523(a)(15), because while the obligation is not of the type contained under 11 U.S.C. § 523(a)(5), payment of this obligation is not intended to be made to the debtor's ex-spouse, or the debtor's children.

WHEREFORE, the debtor prays this Court grant his motion to dismiss, dismiss the plaintiff's complaint with prejudice and for that other and further relief this Court deems proper and just in the premises.

Dated:   December 6, 2010.

//S//: Original electronically e-Filed

_____

Scott Lyons

**MOTION TO DISMISS COMPLAINT OF STEVEN J. McFADDEN TO DETERMINE CHARACTERIZATION AND NON-DISCHARGEABILITY OF OBLIGATION ASSUMED IN DIVORCE PROCEEDING**
Page 2